# INDEX OF EXHIBITS

Exhibit A          Defendants' Responses to Plaintiff's First Set of Discovery Requests

Exhibit B          October 18, 2017 Email

Exhibit C          Beth Kirshner Deposition Excerpts

Exhibit D          Robert Chuchran Deposition Excerpts

Exhibit E          James Langtry Deposition Excerpts

Exhibit F          Elizabeth Canfield Deposition Excerpts

Exhibit G          Craig Keith Deposition Excerpts

Exhibit H          Byron Satterly Deposition Excerpts

Exhibit I          Michael Torey Deposition Excerpts